**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Robert Deming SPENCER, Jr.,
Defendant-Appellant.**

No. 72–2295.

United States Court of Appeals,
Ninth Circuit.

Jan. 5, 1973.

---

Alan Saltzman, Hollywood, Cal., for defendant-appellant.

William D. Keller, U. S. Atty., Leslie E. Osborne, Jr., Eric A. Nobles, Asst. U. S. Attys., Los Angeles, Cal., for plaintiff-appellee.

Before HAMLEY and MERRILL, Circuit Judges, and SCHNACKE, District Judge.*

PER CURIAM:

Robert Deming Spencer, Jr., appeals from his conviction for failure to report for induction, in violation of 50 U.S.C. App. § 462.

Spencer advances three arguments for reversal. We determine each of them against him, as follows: (1) In our opinion the evidence was sufficient to show his criminal intent to fail to report for induction on the designated day; (2) the provisions of the Selective Service Act which limit induction to men between the ages of eighteen and a half years and twenty-six years of age did not deprive defendant of the equal protection of the laws or due process of law. *See* Smith v. United States, 424 F.2d 267, 268 (9th Cir. 1970); (3) the argument

---

* The Honorable Robert H. Schnacke, United States District Judge for the Northern District of California, sitting by designation.

* The case was argued on this date before a panel consisting of WINTER and BUTZ-

that inductees are denied due process of law by being required to engage in a war "which is not authorized by law" was likewise rejected in *Smith, supra,* 424 F.2d at 268, 269.

Affirmed.